LORI HARPER SUEK
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Lori.Suek@usdoj.gov

FILED
JUN 22 2023
Clerk, U S District Court
District Of Montana
Billings

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DEVIN MIRANDA AMERICAN HORSE, <br><br> Defendant. | CR 23-73-BLG-SPW <br><br> **INDICTMENT** <br><br> **PROHIBITED PERSON IN POSSESSION OF A FIREARM AND AMMUNITION** <br> Title 18 U.S.C. § 922(g)(1) <br> (Penalty: Fifteen years of imprisonment, $250,000 fine, and three years of supervised release) <br><br> **CRIMINAL FORFEITURE** <br> Title 18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

That on or about February 5, 2023, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, DEVIN MIRANDA AMERICAN HORSE, knowing that he had previously been convicted of a crime

1

punishable by more than one year, knowingly possessed, in and affecting interstate commerce, a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

If convicted of the offense charged in this indictment, the defendant, DEVIN MIRANDA AMERICAN HORSE, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearm and ammunition involved in a knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

FOREPERSON

_/s/ Timothy J. Racus_
For JESSE A. LASLOVICH
United States Attorney

_/s/ Abbie Giah_
For CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

2